◼ JOHN G. JOHNSTON, JR., et al., Appellants, v TARSI KATSOULAKIS, Respondent

Thompson, J. P., Bracken, Eiber and Spatt, JJ., concur.

◼ JOHN C. KUCEWICZ, Plaintiff, v ERMA L. KUCEWICZ, Defendant; DANTE S. ALBERI, Appellant, and JEFFREY I. KLEIN, Respondent

Thompson, J. P., Bracken, Eiber and Spatt, JJ., concur.